Michael A. Siddons
The Law Firm of Michael Alan Siddons
16 West Front Street
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| Saul Marques, | : | |
| Plaintiff, | : | Civil Case No.: 2:13-cv-07247-CCC-MF |
| vs. | : | |
| Mercantile Adjustment Bureau, LLC | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF SETTLEMENT

Plaintiff, SAUL MARQUES, ("Plaintiff"), through his attorneys, The Law Firm of Michael Alan Siddons, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

March 27, 2014            By:/s/ Michael Siddons_____
                              Michael Siddons
                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On March 27, 2014, this Notice of Settlement was electronically filed with the Clerk of the U.S. District Court. A copy of said settlement was e-mailed to Defendant's counsel, Ross Enders, at renders@sessions-law.biz.

By:/s/ Michael Siddons_____
Michael Siddons
Attorney for Plaintiff