Michael A. Siddons
The Law Firm of Michael Alan Siddons
16 West Front Street
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| Saul Marques, | : | |
| Plaintiff, | : | Civil Case No.: 2:13-cv-07247-CCC-MF |
| vs. | : | |
| Mercantile Adjustment Bureau, LLC | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, SAUL MARQUES ("Plaintiff"), through his attorneys, The Law Firm of Michael Alan Siddons, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, with prejudice, against Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC.

RESPECTFULLY SUBMITTED,

May 19, 2014                         By:/s/ Michael Siddons_____

## **CERTIFICATE OF SERVICE**

On May 19, 2014, this Notice of Voluntary Dismissal was electronically filed with the Clerk of the U.S. District Court. A copy of said settlement was e-mailed to Defendant's counsel, Ross Enders, at renders@sessions-law.biz.

By: /s/ Michael Siddons
       Michael Siddons
       Attorney for Plaintiff